JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: September 14, 2011

Check No. 2032664

Check Amount: $1,832.23

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---:|---:|---:|
| 10-41130-R | 00000 | GORDON BRIAN SHIPP, SR. & MARGARET ROSE HOOVER SHIPP<br>Original check written to:<br>WATHEN & SCOTT<br>4054 MCKINNEY AVENUE<br>SUITE 303<br>DALLAS, TX 75204 | | XXXXX6811<br>XXXXX8774 | 115.62 | 0.00 | 115.62 |
| 10-42594-R | 00000 | LOURDES RAFAELA FABER<br><br>Original check written to:<br>LOURDES RAFAELA FABER<br>240 TRAIL DRIVE<br>MCKINNEY, TX 75071 | 0 | XXXXX6346 | 381.87 | 0.00 | 381.87 |
| 10-43443-R | 00000 | MARGOTH EMILIA ARAYA-HARDWICK<br><br>Original check written to:<br>ALLMAND & LEE, PLCC<br>8701 BEDFORD EULESS ROAD<br>SUITE 510<br>HURST, TX 76053 | | XXXXX0840 | 4.74 | 0.00 | 4.74 |
| 10-43570-R | 00000 | JEFFREY S & COLLEEN N DINGLER<br>Original check written to:<br>JEFFREY S DINGLER<br>2805 WOODSON DRIVE<br>MCKINNEY, TX 75070 | | XXXXX0358<br>XXXXX0716 | 1,325.00 | 0.00 | 1,325.00 |
| 10-44155-R | 00000 | OLUFEMI EMMANUEL AMOJE<br><br>Original check written to:<br>OLUFEMI EMMANUEL AMOJE<br>793 CHATEAU LANE<br>PLANO, TX 75023 | 0 | XXXXX3432 | 5.00 | 0.00 | 5.00 |
| | | | **TOTALS** | | **$1,832.23** | **$0.00** | **$1,832.23** |